# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00468-CR

**Bryan A. Waylander, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
### NO. 9030281, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Bryan A. Waylander seeks to appeal a judgment of conviction for driving while intoxicated. Sentence was imposed on November 17, 2003. Notice of appeal was filed on June 2, 2004, too late to confer jurisdiction on this Court. Tex. R. App. P. 26.2(a); *Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996). In addition, the trial court has certified that this is a plea bargain case and Waylander has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

The appeal is dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   September 10, 2004

Do Not Publish